In the Matter of the Claim of LUCIE COLEMAN, Respondent, against HENRY C. PHIPPS, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits made by the State Industrial Board under the Workmen's Compensation Law. It is urged that decedent did not sustain an accident. He was a groom and had been out riding a green saddle horse used in hunting. Upon returning to the stables he was in agony and complained immediately of the pain in his side. An operation revealed a diverticulitis of the sigmoid. The medical testimony connected the ruptured intestine with the riding and the abdominal tension associated with it.

Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.